IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARRY TRYNELL DAVIS, JR.,

    Plaintiff,

v.                        CASE NO.: 5:10cv233-SPM/EMT

JOHN D. POWERS, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated November 19, 2010 (doc. 9). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 9) is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice for Plaintiff's failure to

comply with a court order.

DONE AND ORDERED this 21st day of December, 2010.


_s/ Stephan P. Mickle_
Stephan P. Mickle
Chief United States District Judge